# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  JACOBS, DENNIS | 2. Court or Organization  Court of Appeals, 2d Circuit | 3. Date of Report  05/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010  to  12/31/2010 |
| 7. Chambers or Office Address  U. S. Courthouse 500 Pearl Street New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Jacobs, Dennis

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/10 | Poetry Foundation, article fee (see part VIII for additional information) | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | US Dept. of State | Feb. 5 - 12, 2010 | Bangkok, Thailand | Inter-judiciary conference | Travel, meals, lodging |
| 2. | Harvard University Law School Federalist Society | April 23, 2010 | Cambridge, MA | Delivered lecture: "Pro Bono and the Public Good" | Travel, lunch |
| 3. | The Federalist Society | November 18 - 20, 2010 | Washington, DC | Delivered the 10th Annual Barbara K. Olson Memorial Lecture | Travel, meals, lodging |
| 4. | Yale University School of Law | December 6, 2010 | New Haven, CT | Panelist: Morris Tyler Moot Court Competition | Travel, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Muni Bond: New York ST DORM AUTH REVS SER-B-E.T.M. 7/1/90 | A | Interest | | | Redeemed | 05/15/10 | K | | |
| 2. Muni Bond: LI NY Pwr Au Elec Sys Gen Rv DTD 5/1/98 | D | Interest | M | T | | | | | |
| 3. Muni Bond: Greenwich NY Cent Sch Dist Rfdg DTD 6/24/02 | C | Interest | L | T | | | | | |
| 4. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser C 7/1/02 | C | Interest | L | T | | | | | |
| 5. Muni Bond: NY St TWY Auth Hwy & Brdg Rfdg Ser C DTD7/1/02 | C | Interest | L | T | | | | | |
| 6. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser B DTD 7/1/00 | C | Interest | | | Redeemed | 04/01/10 | L | | |
| 7. Muni Bond: NYS Twy Auth Svc Cont Rev Rfdg DTD 8/7/02 | C | Interest | L | T | | | | | |
| 8. Muni Bond: NY St UDC Corr & Youth Facs Svc Contract 11/26/02 | B | Interest | K | T | | | | | |
| 9. Muni Bond: NYS Dorm Au Rev Upstate CNMTY 3/3/05 | B | Interest | K | T | | | | | |
| 10. Muni Bond: NYC G/O Ser E Ref FSA 11/10/04 | B | Interest | K | · T | | | | | |
| 11. Muni Bond: NYNY Ser H-FGIC 3/29/01 | D | Interest | L | T | | | | | |
| 12. Muni Bond: NYNY Rfdg-SerG-6/3/02 | C | Interest | L | T | | | | | |
| 13. Muni Bond: NYSt.Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | K | T | | | | | |
| 14. Muni Bond: NYSt. Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | L | T | | | | | |
| 15. Muni Bond: NYC G/O Ser.O 6/2/05 | B | Interest | K | T | | | | | |
| 16. Muni Bond: NYC G/O Ser C 8/3/05 | B | Interest | L | T | | | | | |
| 17. Muni Bond: NYSt, Thruway Gen Rev Ser H 10/11/07 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Muni Bond: NYS UDC ST Pers Income Tax 10/9/03 | C | Interest | L | T | | | | | |
| 19. Muni Bond: Metro Govt. Nashville & Davidson Co. Elec. 3/1/01 | A | Interest | K | T | Buy | 09/17/10 | K | | |
| 20. Muni Bond: Tampa FL Sales Tax Rev Rfdg 10/6/10 | | None | K | T | Buy | 09/23/10 | K | | |
| 21. Muni Bond: Arizona Transp. Bd. Excise Tax Ser A 11/1/07 | | None | K | T | Buy | 09/23/10 | K | | |
| 22. Muni Bond: Metro Govt. Nashville & Davidson Co. Rfdg./Ser D | A | Interest | K | T | Buy | 09/22/10 | K | | |
| 23. Muni Bond: King Co. Wash Sch Dist. No 412 10/21/10 | | None | K | T | Buy | 10/06/10 | K | | |
| 24. Muni Bond: Baton Rouge LA Pub Impt. Sales Tax Ser B 9/28/10 | | None | K | T | Buy | 09/14/10 | K | | |
| 25. Muni Bond: Fort Bend Tex Flood Ctrl Water Supply 10/1/10 | A | Interest | K | T | Buy | 09/15/10 | K | | |
| 26. Muni Bond: Ohio St. Rfdg Common Schs. Ser C 10/8/10 | A | Interest | K | T | Buy | 10/12/10 | K | | |
| 27. Muni Bond: N. Carolina ST. Grant Antic Rev Vehicle 8/5/09 | A | Interest | K | T | Buy | 10/21/10 | K | | |
| 28. Muni Bond: UConn. Ser A 5/25/10 | A | Interest | K | T | Buy | 10/18/10 | K | | |
| 29. Muni Bond: Ohio St. Univ. Gen Rcpts Rfdg Ser D 10/6/10 | | None | K | T | Buy | 09/15/10 | K | | |
| 30. Money Market: Western Asset Govt. Money Fund, Class A | A | Int./Div. | M | T | | | | | |
| 31. Checking: Chase Manhattan Bank, NYC | A | Interest | J | T | | | | | |
| 32. Fidelity Rollover IRA | F | Int./Div. | P1 | T | | | | | |
| 33. - Fidelity Cash Reserves | | | | | | | | | |
| 34. - Baron Growth Fund | | | | | Sold (part) | 07/21/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =Mor than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Royce Total Return Fund | | | | | Sold (part) | 07/21/10 | K | | |
| 36. - American Growth Fund of America | | | | | Sold (part) | 07/21/10 | K | | |
| 37. - Dreyfus Mid-Cap Fund | | | | | Sold (part) | 07/21/10 | K | | |
| 38. - Bond: Fedl Home Loan Bank Bonds | | | | | | | | | |
| 39. - Bond: Fedl Farm Cr Bks Cons Bd | | | | | | | | | |
| 40. - Bond: Fedl Farm Credit Banks Funding Corp | | | | | Redeemed | 11/22/10 | K | | |
| 41. - Bond: Fedl Home Ln Bk 5/13/11 | | | | | | | | | |
| 42. - Bond: Fedl Farm CR Bks FDG 12/20/10 | | | | | Redeemed | 12/20/10 | L | | |
| 43. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 44. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 45. - Bond: Fedl Home Ln Bks Glbl 9/16/13 | | | | | | | | | |
| 46. - Bond: Fedl Home Ln Bks 02/13/15 | | | | | | | | | |
| 47. - Fidelity Contrafund | | | | | Sold (part) | 07/21/10 | K | | |
| 48. - Tweedy Browne Global Value Fund | | | | | Sold (part) | 07/21/10 | K | | |
| 49. - Eaton Vance Large Cap Value Fund CL 1 | | | | | | | | | |
| 50. - Bond: Fedl Farm Credit Bk 2/19/16 | | | | | | | | | |
| 51. - Bond: Fedl Farm Credit Bks Const 6/4/18 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity US Government Reserves | | | | | Sold | 01/22/10 | O | | |
| 53. - Blackrock Global Allocation | | | | | Buy | 01/22/10 | M | | |
| 54. - Pimco Total Return Instl | | | | | Buy | 01/22/10 | N | | |
| 55. - Ivy Asset Strategy Fund CL I | | | | | Buy | 01/22/10 | M | | |
| 56. - Morgan Stanley Global Long/Short Fund A | | | | | Buy | 07/28/10 | M | | |
| 57. - Templeton Global Bond Advisor Class | | | | | Buy | 11/22/10 | M | | |
| 58. TIAA-CREF | | None | L | T | | | | | |
| 59. - CREF Stock Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A:  Non-Investment Income:

Line 1:  The fee received from the Poetry Foundation was sent by them to a charitable organization.  A letter will be sent to the Committee on Financial Disclosure with the name and address of the organization.


Part VII Investments & Trusts:

Line 30:  Formerly Western Asset NY Money Market (name change only)

Line 46:  Fidelity Rollover IRA:  Please note that the correct date on this bond is: 02/13/15, not 02/13/05 as listed at line 41 in the 2009 Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DENNIS JACOBS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544